# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE GARY S. KATZMANN

———————————————————————x
:
KAPTAN DEMIR CELIK ENDUSTRISI VE :
TICARET A.S., :
          Plaintiff, :
:     Court No. 22-00149
    v. :
:
UNITED STATES, :
:
          Defendant, :
   and :
:
REBAR TRADE ACTION COALITION, *et al.*, :
:
          Defendant-Intervenor. :
———————————————————————x

## JOINT STATUS REPORT

On December 6, 2023, the Court issued an order requesting that the parties "confer to discuss the ongoing litigation in this case." Specifically, the Court asked (1) that the parties "address any changes in the parties' positions as briefed following the court's issuance of its opinion in *Kaptan Demir Çelik Endustrisi ve Ticaret A.S. v. United States*, Slip. Op. 23-167 (Nov. 27, 2023)"; and (2) "address the parties' positions on whether oral argument, on some or all issues, remains necessary for the resolution of Plaintiff's Motion for Judgment on the Agency Record, Jan. 13, 2023, ECF No. 29." As directed by the Court, the parties have conferred on these issues and report the following.

1.      **Whether Any Party Has Changed Positions**

The parties have discussed the impact of *Kaptan Demir Çelik Endustrisi ve Ticaret A.S. v. United States*, Slip. Op. 23-167 (Nov. 27, 2023).  We have not been able to reach a consensus on the impact of that case on this proceeding and none of the parties have changed their position.  Plaintiff maintains that the Court's decision dictates the outcome of this proceeding given virtually identical facts and virtually the same underlying decision by the U.S. Department of Commerce ("Commerce").  Defendant and Defendant-Intervenors have not changed their position in response to Plaintiff's arguments.

2.      **Whether Oral Argument Is Necessary**

The parties have discussed whether oral argument is necessary in this proceeding.  Plaintiff believes that oral argument is no longer necessary given the similarity of facts, identical arguments and virtually identical underlying determinations by Commerce as compared to the administrative review at issue in Slip Op. 23-167 and that the Court can render a decision based upon the briefs filed in this proceeding.  While there is one additional issue Plaintiff raised in this proceeding unrelated to, or affected by, the cross-ownership issue (i.e., exemptions from taxes on foreign trade transactions), Plaintiff agrees to rely solely on briefing and believes oral argument is unnecessary for this issue alone.  Defendant and Defendant-Intervenors defer to the Court on whether oral argument is necessary.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP

*/s/ Andrew T. Schutz*
Andrew T. Schutz

Jordan C. Kahn

1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

OF COUSNEL:                          /s/ Kelly Geddes
W. MITCH PURDY                       KELLY GEDDES
Attorney                             U.S. Department of Justice
Office of the Chief Counsel          Commercial Litigation Branch
for Trade Enforcement & Compliance   P.O. Box 480, Ben Franklin Station
U.S. Department of Commerce          Washington, DC 20044
                                     (202) 307-2867
                                     Fax: (202) 305-2062
                                     Email: kelly.geddes2@usdoj.gov

                                     *Attorneys for Defendant*

Respectfully submitted,

/s/ Alan H. Price
Alan H. Price, Esq.
John R. Shane, Esq.
Maureen E. Thorson, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036

(202) 719-7000

*Counsel for the Rebar Trade Action*
*Coalition and its individual members*

Dated: January 8, 2024