IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| KAPTAN DEMIR CELIK ENDUSTRISI VE TICARET A.S., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Court Nos.   22-cv-00149 |
| UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| REBAR TRADE ACTION COALITION, *et al.*, | ) ) ) |
| Defendant-intervenors. | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Stephen C. Tosini, hereby enters an appearance as of counsel in this action. Kelly Geddes should remain attorney of record.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ L. MISHA PREHEIM
Assistant Director

                                                   /s/  STEPHEN C. TOSINI  
                                                   Senior Trial Counsel  
                                                   Department of Justice  
                                                   Civil Division  
                                                   Commercial Litigation Branch  
                                                   P.O. Box 480, Ben Franklin Station  
                                                   Washington, D.C. 20044  
                                                   Tel.:  (202) 616-5196  
                                                   Email:  stephen.tosini@usdoj.gov  

April 12, 2024                                  Attorneys for Defendant United States