IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| KAPTAN DEMIR CELIK ENDUSTRISI VE TICARET A.S., <br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>  and<br><br>REBAR TRADE ACTION COALITION, *et al.*,<br><br>    Defendant-Intervenors. | Court No. 22-00149 |

**JOINT STATUS REPORT**

Pursuant to the Court's July 17, 2024 order (ECF No. 63) (Order), the parties respectfully submit this joint status report. In its order, the Court stayed this case pending final resolution of *Kaptan Demir Celik Endustrisi ve Ticaret A.S. v. United States*, No. 2024-2431 (Fed. Cir.), and directed the parties to submit a joint status report within 30 days of such final resolution.

In the underlying proceeding, Commerce determined that Nur Gemicilk ve Tic. A.S. was a cross-owned input supplier of plaintiff Kaptan Demir Celik Endustrisi ve Ticaret A.S. Order at 1. On November 17, 2025, the Federal Circuit issued a precedential opinion in *Kaptan* affirming this Court's decision to sustain Commerce's remand redetermination, in which Commerce determined that Nur, an affiliate of Kaptan, was not a cross-owned input supplier within the meaning of 19 C.F.R. § 351.525(b)(6)(iv). 159 F.4th 1334, 1337 (Fed. Cir. 2025). In light of the Federal Circuit's decision, defendant respectfully requests a voluntary remand for the

Department of Commerce to reconsider its finding that Nur was a cross-owned input supplier, which may include, if Commerce deems appropriate, the solicitation of additional information from the parties and a reanalysis of the record information.

Plaintiff Kaptan consents to defendant's request for a voluntary remand. Defendant-intervenor Rebar Trade Action Coalition takes no position on the request.

| | |
|---|---|
| Dated: February 9, 2026 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | PATRICIA M. MCCARTHY<br>Director |
| | FRANKLIN E. WHITE<br>Assistant Director |
| OF COUNSEL:<br><br>HEATHER HOLMAN<br>Attorney<br>Office of the Chief Counsel<br>for Trade Enforcement & Compliance<br>U.S. Department of Commerce | /s/Sosun Bae<br>SOSUN BAE<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>(202) 305-7568<br>Email: sosun.bae@usdoj.gov<br><br>*Attorneys for Defendant*<br><br>/s/ Andrew T. Schutz<br>Andrew T. Schutz<br>Jordan C. Kahn<br><br>GRUNFELD, DESIDERIO, LEBOWITZ,<br>SILVERMAN & KLESTADT LLP<br>1201 New York Ave., NW, Suite 650<br>Washington, DC 20005<br>(202) 783-6881<br><br>*Attorneys for Plaintiff* |

                                                      */s/ John R. Shane*
                                                      Alan H. Price, Esq.
John R. Shane, Esq.
Maureen E. Thorson, Esq.
Stephanie M. Bell, Esq.

WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
202-719-7000

*Counsel to the Rebar Trade Action Coalition*

3