## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KAPTAN DEMIR ÇELIK ENDUSTRISI VE TICARET A.S., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, <br> and <br><br> REBAR TRADE ACTION COALITION, *et al.*, <br><br> Defendant-Intervenors. | Before: Gary S. Katzmann, Judge <br> Court No. 22-00149 |

### ORDER

Upon consideration of Defendant's Unopposed Motion for Voluntary Remand, Feb. 11, 2026, ECF No. 69, it is hereby:

**ORDERED** that Defendant's motion is granted; and it is further

**ORDERED** that this case is **REMANDED** to the U.S. Department of Commerce for further administrative proceedings; and it is further

**ORDERED** that Commerce shall file its remand redetermination with the court no later than 90 days from the entry of this Order. The timeline for filings and comments regarding the remand redetermination shall proceed according to USCIT Rule 56.2(h).

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/    Gary S. Katzmann*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

Dated: February 12, 2026
　　　　New York, New York