**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

May 13, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:    Final Results of Redetermination Pursuant to Court Remand Order in *Kaptan Demir Endustrisi ve Ticaret A.S. v. United States*, Court No. 22-149

Dear Ms. Justice:

Pursuant to the Court's order of February 12, 2026, please find attached the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Remand Order in the above-captioned action. The remand redetermination is a business proprietary document. I am also filing a public version of the remand redetermination.

In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover.  Should you have any questions concerning the matter, please contact me at (202) 779-3820.

Respectfully submitted,

/s Heather Holman
Heather Holman
Attorney
Office of the Chief Counsel
    for Trade Enforcement & Compliance

Attachment

Ms. Gina Justice
March 13, 2025
Page 2

cc:

Sosun Bae
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7568
Fax: (202) 514-8624
Email: sosun.bae@usdoj.gov

Andrew Thomas Schutz
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW.
Suite 650
Washington, DC 20005
(202) 661-7795
Fax: (202) 783-0405
Email: aschutz@gdlsk.com

Alan Hayden Price
Wiley Rein, LLP
2050 M Street, NW.
Washington, DC 20036
(202) 719-3375
Fax: (202) 719-7049
Email: aprice@wiley.law